UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERCULES OEM GROUP AND ITS SUBROGATED CARGO INSURERS,

               Plaintiff,

-against-

PELICAN MARTIME S346 CO. LTD. et al.,

               Defendants.

22-cv-02636 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    IT IS HEREBY ORDERED that the parties shall appear for a post discovery pretrial conference on **December 14, 2022**, at 2:00 p.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007. The parties shall adhere to the Court's Individual Rules of Practice in Civil Cases, including Rules 3.H and 3.I.

Dated: October 12, 2022
       New York, New York

                                        SO ORDERED.

                                        *Jennifer Rochon*
                                        JENNIFER L. ROCHON
                                        United States District Judge