UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERCULES OEM GROUP and its subrogated cargo insurers,<br><br>       Plaintiff,<br><br>    -against-<br><br>PELICAN MARITIME S346 CO. LTD. et al.,<br><br>       Defendants. | 22-cv-02636 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  As stated on the record during the December 14, 2022 conference:

Any summary judgment motions shall be filed by **January 17, 2023**. Opposition briefs are due on **February 10, 2023**. Reply briefs are due on **March 1, 2023**.

Dated: December 16, 2022
    New York, New York

                SO ORDERED.

                _____
                JENNIFER L. ROCHON
                United States District Judge